**Linda A. COMITO, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 02–2057.

United States Court of Appeals, Federal Circuit.

March 25, 2002.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

The motion to remand is granted. The case is remanded to the PTO for further proceedings.